# EXHIBIT 9

11/28/2018 IAPD - Investment Adviser Firm Summary - DEUTSCHE BANK SECURITIES INC.

Case 1:18-mc-00561-JMF Document 4-9 Filed 12/05/18 Page 2 of 4

# Investment Adviser Firm Summary

## DEUTSCHE BANK SECURITIES INC. (CRD# 2525 / SEC# 8-17822, 801-9638)

**Alternate Names:** C. J. LAWRENCE INC. , C.J. LAWRENCE, MORGAN GRENFELL INC. , C.J. LAWRENCE/DEUTSCHE BANK …   Show All

View latest Form ADV filed     Part 2 Brochures

The adviser's **REGISTRATION** status is listed below.

This adviser is also a brokerage firm

### REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS | EFFECTIVE DATE |
|---|---|---|
| SEC | Approved | 11/12/1973 |

### NOTICE FILINGS

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called *"notice filings"*. Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| JURISDICTION | EFFECTIVE DATE |
|---|---|
| Alabama | 01/31/2001 |
| Alaska | 10/15/1997 |
| Arizona | 12/28/1994 |
| Arkansas | 01/03/1995 |
| California | 07/08/1997 |
| Colorado | 01/01/1999 |
| Connecticut | 07/11/1997 |
| Delaware | 07/24/2003 |
| District of Columbia | 08/13/1998 |
| Florida | 07/19/2002 |
| Georgia | 01/31/2001 |
| Hawaii | 03/31/2009 |
| Idaho | 09/22/1992 |

Case 1:18-mc-00561-JMF  Document 4-9  Filed 12/05/18  Page 3 of 4

| Illinois | 12/10/1998 |
|---|---|
| Indiana | 01/31/2001 |
| Iowa | 01/01/1999 |
| Kansas | 03/28/2008 |
| Kentucky | 03/28/2008 |
| Louisiana | 01/31/2001 |
| Maine | 01/31/2001 |
| Maryland | 06/25/1991 |
| Michigan | 01/31/2001 |
| Minnesota | 01/31/2001 |
| Mississippi | 10/13/1997 |
| Missouri | 10/14/1997 |
| Montana | 01/31/2001 |
| Nebraska | 03/28/2008 |
| Nevada | 05/19/1993 |
| New Hampshire | 01/31/2001 |
| New Jersey | 06/28/2002 |
| New Mexico | 01/31/2001 |
| New York | 01/31/2001 |
| North Carolina | 01/31/2001 |
| North Dakota | 03/30/2010 |
| Ohio | 03/28/2008 |
| Oklahoma | 01/01/1999 |
| Oregon | 03/28/2008 |
| Pennsylvania | 07/19/2002 |
| Puerto Rico | 03/24/1998 |
| Rhode Island | 01/31/2001 |
| South Carolina | 10/21/2003 |
| South Dakota | 03/28/2008 |
| Tennessee | 10/15/1997 |
| Texas | 06/24/2002 |
| Utah | 10/14/1997 |
| Vermont | 01/31/2001 |

| Virgin Islands | 03/30/2010 |
| --- | --- |
| Virginia | 07/15/1987 |
| Washington | 06/19/1995 |
| West Virginia | 10/16/1997 |
| Wisconsin | 11/07/1997 |

# EXEMPT REPORTING ADVISERS

Exempt Reporting Advisers ("ERA") are investment advisers that are not required to register as investment advisers because they rely on certain exemptions from registration under sections 203(l) and 203(m) of the Investment Advisers Act of 1940 and related rules. Certain state securities regulatory authorities have similar exemptions based on state statutes or regulations. An ERA is required to file a report using Form ADV, but does not complete all items contained in Form ADV that a registered adviser must complete. Other state securities regulatory authorities require an ERA to register as an investment adviser and file a complete Form ADV. Below are the regulators with which an ERA report is filed.

Not Currently an Exempt Reporting Adviser