# EXHIBIT 10

| Form X-17A-5 Filer Information | UNITED STATES<br>SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| | ANNUAL AUDITED REPORT<br>Form X-17A-5<br>Part III | OMB Number: 3235-0123 |
| FORM X-17A-5/A | | Estimated average burden hours per response: 12.00 |
| | FACING PAGE<br>Information Required of Brokers and Dealers Pursuant to Section 17 of the<br>Securities Exchange Act of 1934 and Rule 17a-5 Thereunder | |

## X-17A-5/A: Filer Information

| | |
|---|---|
| Filer CIK | 0000782124 |
| Filer CCC | XXXXXXXX |
| Is this a LIVE or TEST Filing? | ● LIVE ○ TEST |
| Would you like a Return Copy? | ☐ |
| Is this an electronic copy of an official filing submitted in paper format? | ☐ |
| Confirming Copy File Number | |

*Submission Contact Information*

| | |
|---|---|
| Name | |
| Phone | |
| E-Mail Address | |
| Notify via Filing Website only? | ☑ |

## X-17A-5/A: Submission Information

| | |
|---|---|
| Report for the Period Beginning | 01-01-2017 |
| and Ending | 12-31-2017 |
| Type of Registrant | ☑ Broker-dealer |
| | ☐ OTC derivatives dealer |

*Material Weakness*

| | |
|---|---|
| Does this submission include an accountant's report covering the compliance report that indentifies one or more material weaknesses? | ● Yes ○ No |
| Please describe what information is being amended with this filing. | |

## X-17A-5/A: A. Registrant Identification

| | |
|---|---|
| Name of Broker-dealer | J.P. MORGAN SECURITIES LLC |

*Address of Principal Place of Business (Do not use P.O. Box No.)*

| | |
|---|---|
| Address 1 | 383 MADISON AVENUE |
| City | NEW YORK |
| State/Country | NEW YORK |
| Mailing Zip/ Portal Code | 10179 |

*Name and Telephone Number of Person to Contact in Regard to this Report*

| | |
|---|---|
| Name | Charles DiVuolo |
| Telephone Number | 212-552-9891 |

## X-17A-5/A: B. Accountant Identification

## Independent Public Accountant

| | |
|---|---|
| Name - *if individual, state last, first, and middle name* | PricewaterhouseCoopers LLP |
| Address 1 | 300 Madison Avenue |
| City | New York |
| State/Country | NEW YORK |
| Mailing Zip/ Postal Code | 10017 |
| Check One | ◉ Certified Public Accountant<br>○ Certified Public Accountant not resident in United States or any of its possessions |

# X-17A-5/A: Signature

### Oath or Affirmation

I, **James M Collins,** swear (or affirm) that, to the best of my knowledge and belief the accompanying financial statement and supporting schedules pertaining to the firm of **J.P. MORGAN SECURITIES LLC,** as of **02-27-2018,** are true and correct. I further swear (or affirm) that neither the company nor any partner, proprietor, principal officer or director has any proprietary interest in any account classified solely as that of a customer, except as follows:

| | |
|---|---|
| Signature | James M Collins |
| Title | Managing Director |

### Notary Public

Checking this box acknowledges that this oath or affirmation has been notarized. ☑