IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HANWEI GUO FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. 18-mc-00561 (JMF)<br><br>**NOTICE OF APPEARANCE** |

The undersigned appears as counsel of record for Respondents Deutsche Bank Securities Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Morgan Stanley & Co. LLC, and hereby requests that all filings be served upon the undersigned at the address listed below.

Dated: December 21, 2018
       New York, New York

O'MELVENY & MYERS LLP

By: _/s/ Gerard A. Savaresse_
    Gerard A. Savaresse
    Times Square Tower
    7 Times Square
    New York, NY 10036
    Tel: (212) 326-2000
    Fax: (212) 326-2061
    Email: gsavaresse@omm.com

*Attorneys for Respondents J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, & Deutsche Bank Securities Inc.*